21ST JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA

STATE OF LOUISIANA

NO. 2019-0001976  DIVISION "A"

ANN TILLMAN

VERSUS

WALMART, INC.

FILED: JUN 2 8 2019

s/Darilyn Martin

DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes ANN TILLMAN, a resident of the full age of majority of the Parish of Tangapahoa, State of Louisiana, who respectfully represents:

I

Made defendant herein is:

WALMART, INC. (hereinafter referred to as "WALMART") a foreign corporation authorized to do and doing business in the Parish of Tangipahoa, State of Louisiana.

II

On or about December 13, 2018, Petitioner ANN TILLMAN, was a patron of and on the premises of "Walmart Supercenter," Store No. 4129, owned and operated by WALMART, located at 1331 Highway 51, City of Ponchatoula, Parish of Tangipahoa, State of Louisiana.

III

At the above described time and place, Petitioner, ANN TILLMAN, slipped and fell on the floor of WALMART due to the presence of a clear, wet substance on the floor.

IV

As a result of the fall Petitioner, ANN TILLMAN, was injured.

V

The presence of the clear, wet substance on the floor was an unreasonably dangerous condition.

**EXHIBIT "A"**

## VI

Defendant, WALMART employees, failed to remove the condition and/or warn Petitioner of the hazardous condition that she was about to encounter.

## VII

The fall was caused by the negligence of Defendant, WALMART, in the following ways:

A. Creating an unreasonably dangerous condition;

B. Failing to inspect the property for dangerous conditions;

C. Failing to warn plaintiff of the dangerous condition;

D. Failing to adequately train employees regarding rules and procedures for cleaning and maintaining the walkways of the store;

E. Failing to prevent plaintiff from entering into what Defendant knew or should have known was an unsafe area,

F. Failing to follow proper rules and procedures regarding cleaning and maintenance of the walkways and aisles of the store; and

G. Other acts of negligence which were the cause of this accident and will be shown at the trial of this matter.

## VIII

As a result of the fall, Plaintiff alleges the following list of non-exclusive damages:

A. Physical pain and suffering (past and future);

B. Mental anguish (past and future);

C. Costs and expenses of medical care past, present and future;

D. Loss of enjoyment of life (past and future);

E. Lost wages (past and future); and

F. Other elements of damage developed during discovery and/or demonstrated with particularity at the trial of this matter.

## IX

Plaintiff alleges that at all times relevant herein, there was in full force and effect a policy of liability insurance, which is a self-insured policy and/or a policy issued by a company whose identity

is currently unknown, under the terms and conditions of which it agreed to insure and indemnify WALMART for any damages for which it might be held to Plaintiff.

WHEREFORE, Petitioner, ANN TILLMAN, prays that Defendant, WALMART, INC., be duly cited and served to appear and answer this Petition, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, ANN TILLMAN, and against Defendant, WALMART, INC., for all items of special damages incurred by Petitioner and such general damages as are reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which petitioner may be entitled.

Respectfully submitted:

DUDLEY DEBOSIER INJURY LAWYERS, PLC

ERIC M. LANDRY, Bar Roll No. 37761
OLGA V. FOFANOVA, Bar Roll No. 37121
622 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 433-3333
Facsimile: (225) 379-3411
Attorneys for Petitioner, ANN TILLMAN

PLEASE SERVE:

WALMART, INC.
Through its agent for service of process,
CT CORPORATION SYSTEM
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

STATE OF LOUISIANA AMITE, LOUISIANA
PARISH OF TANGIPAHOA
s/Darilyn Martin DATED JUL 0 1 2019
I, _____, do hereby certify that this document is a true and correct copy of the original thereof, consisting of ___ page(s) being a reproduction thereof from the records on file with the undersigned, in accordance with Louisiana Revised Statutes, Title 13, Section 3733.
DEPUTY CLERK