MINUTE ENTRY
VITTER, J.
April 6, 2021
JS10:49

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANN TILLMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12161** |
| **WALMART, INC.** | **SECTION D (3)** |

### TRIAL PREPARATIONS AND PROCEDURES

On April 6, 2021, the Court held a final pretrial conference with counsel for the

parties in this matter.

**PRESENT:**

**Eric Landry, Loretta Hoskins, Brent Frederick, Olga Fofanova**
Counsel for Plaintiff, Ann Tillman

**Roy Beard, Peter Sinnott Martin**
Counsel for Defendant, Wal-Mart, Inc.

**IT IS HEREBY ORDERED** that the proposed Pretrial Order [1] is

**APPROVED** and **ADOPTED** in its entirety, except where contradicted by this

Order.

**IT IS FURTHER ORDERED:**

1.  Trial of this matter was set for March 29, 2021.  General Order No. 21-11

    of the Eastern District of Louisiana continued all civil jury trials through

---

[1] R. Doc. 68.

May 1, 2021. Accordingly, the Court has continued trial in this matter. Jury trial of this matter shall commence at **9:00 a.m. on September 7, 2021**. Estimated length of trial is four (4) days.  Counsel shall attend a conference with the Court at 8:30 a.m. to resolve any issues that need to be addressed before trial begins.  There will be **eight jurors** selected.  Each trial day after the first will begin at either 8:30 a.m. or 9:00 a.m., depending upon the preference of the jury (counsel present in court 30 minutes prior), and will conclude at approximately 5:00 p.m.

2. Any objections to exhibits shall be listed in one Motion *in Limine,* which must be filed on or before **August 23, 2021**.  The non-moving party has through **August 27, 2021**, to file a Response in Opposition.  There shall be no replies.  The Motion *in Limine* shall be submitted as of **August 27, 2021** notwithstanding this Section's set submission dates.  Exhibits to which there are no objections shall be entered into evidence at the beginning of trial.  Counsel are to confer to narrow and resolve objections noted in the Pretrial Order with an eye towards streamlining the case before filing the Motion *in Limine.*

3. On or before **August 23, 2021**, ten working days before the trial date:

    i.  The parties shall exchange and file an electronic copy of their witness lists, indicating those witnesses they intend to call at trial in their cases in chief (will call witnesses).  Such witnesses shall be made available for use by all parties by the party who lists the

witness.  **Any witness not listed thereon shall not be permitted to testify, except for rebuttal witnesses**.  Counsel shall comply with the Court's previous orders regarding identification of witnesses.

ii. Counsel shall file an electronic copy of joint special voir dire, joint special jury interrogatories, joint jury charges, and a joint verdict form.  References to the Fifth Circuit Pattern instructions should be by number only when submitting joint jury charges.

All joint submissions should be formatted with footnotes indicating objections, as discussed in the pretrial conference.

iii. Counsel shall confer and electronically file a joint statement of the case to be read to the jury venire.  This statement should be brief, approximately 3-4 sentences, to give the venire an overview of the basis of the case.

iv. Counsel shall provide to the Court an electronic copy of the exhibits to be introduced at trial on a thumb drive as separate, numbered documents along with a numbered index.  Counsel are to confer regarding exhibits to be included on the thumb drive.  Those exhibits should be numbered sequentially with a single numbering system (not Plaintiff Exhibit #1, etc, and Defendant Exhibit #2, etc, as discussed during the conference).  Exhibits to which there are no

objections shall be listed first on the index.  Exhibits to which there are objections shall be listed at the end of the index.

4. Counsel shall exchange any demonstrative exhibits that they intend to use in opening statements by **September 3, 2021**.

5. Each side shall have **20 minutes** for opening statements.

Counsel are to make an appointment with Courtroom Deputy/Case Manager Melissa Verdun (504-589-7708) at least two weeks prior to trial to familiarize themselves and their support staff with the courtroom technology if they are not already experienced in its use.  Counsel are reminded that all exhibits must be electronically accessible for the jury and witnesses—the Court will not allow hard copies of exhibits to be used during trials at this time.

Specific instructions regarding COVID-19 protocols shall be distributed to counsel before trial.

New Orleans, Louisiana, April 6, 2021.

**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**